**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Scott v. Durrani*, Slip Opinion No. 2020-Ohio-6932.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-6932

SCOTT, APPELLEE, *v.* DURRANI ET AL., APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Scott v. Durrani*, Slip Opinion No. 2020-Ohio-6932.]**

*Court of appeals' judgment reversed on the authority of* Wilson v. Durrani, *and cause remanded.*

(No. 2020-0206—Submitted December 16, 2020—Decided December 31, 2020.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-180641, 2019-Ohio-5351.

_____

{¶ 1} The judgment of the First District Court of Appeals is reversed on the authority of *Wilson v. Durrani*, __ Ohio St.3d __, 2020-Ohio-6827, __ N.E.3d __, and the cause is remanded to that court for it to consider the arguments of appellees, R. David and Missy Scott, that it previously deemed moot.

{¶ 2} Oral argument scheduled for March 3, 2021, is accordingly canceled.

O'CONNOR, C.J., and KENNEDY, FRENCH, GWIN, and KLATT, JJ., concur.

STEWART, J., concurs based only on stare decisis.

DONNELLY, J., dissents and would allow the case to proceed to oral argument.

W. SCOTT GWIN, J., of the Fifth District Court of Appeals, sitting for FISCHER, J.

WILLIAM A. KLATT, J., of the Tenth District Court of Appeals, sitting for DEWINE, J.

_____

Strauss Troy Co., L.P.A., and Robert R. Sparks; and Nicholas M. Nighswander, P.L.L.C., and Nicholas M. Nighswander, for appellees.

Taft, Stettinius & Hollister, L.L.P., Aaron M. Herzig, Russell S. Sayre, and Philip D. Williamson, for appellants Abubakar Atiq Durrani, M.D., and Center for Advanced Spine Technologies, Inc.

Bonezzi, Switzer, Polito & Hupp Co., L.P.A., Paul W. McCartney, and Thomas F. Glassman, for appellant Abubakar Atiq Durrani, M.D.

Rendigs, Fry, Kiely & Dennis and Jeffrey M. Hines, for appellants West Chester Hospital, L.L.C. and UC Health, L.L.C.

_____